

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number: 01-13-00566-CV

Style: In the Interest of I.T.S., aka B.G.H., a Child

Date motion filed[*]: September 10, 2013

Type of motion: Unopposed motion for second extension of time to file appellant's brief

Party filing motion: Appellant

Document to be filed: Appellant's brief

Is appeal accelerated? Yes

If motion to extend time:

Original due date: August 12, 2013

Number of previous extensions granted: 1     Current Due date: September 11, 2013

Date Requested: October 11, 2013

Ordered that motion is:

☑ Granted in part

If document is to be filed, document due: **October 7, 2013**

    ☑ **The Court will not grant additional motions to extend time.**

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

☐ Other: _____

**Texas Rule of Judicial Administration 6.2(a) requires this Court to dispose of an appeal from a judgment terminating parental rights, so far as possible, within 180 days of the date the notice of appeal was filed. Accordingly, no further extensions will be granted any party.**

Judge's signature: /s/ <u>Jane Bland</u>
    ☑ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date: September 19, 2013

November 7, 2008 Revision